IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

In re

ROMAN CATHOLIC ARCHBISHOP
OF PORTLAND IN OREGON, and
successors, a corporation sole, dba
Archdiocese of Portland in Oregon,

Interested Parties/Claimants: H.G.

Case No. 3:25-mc-00923-JR

OPINION AND ORDER

RUSSO, Magistrate Judge:

    This action was filed on August 11, 2025, in connection with the settlement of the dispute between interested party H.G. and movant Roman Catholic Archbishop of Portland in Oregon ("Archbishop"). This Court has jurisdiction pursuant to 28 U.S.C. § 1334(b) based on the relatedness of these proceedings to *In re Roman Catholic Archbishop of Portland* (D. Or. Bankr. Case No. 04-37154), a case arising under Title 11 of the United States Code. In particular, this action is subject to the Future Claims Trust provided for in the Third Amended and Restated Joint Plan of Reorganization ("Plan") which, in relevant part, sets a $20 million cap on the total funds available to pay all claims made against the Archbishop through April 30, 2030.

    Pursuant to Section 6.4.5 of the Plan, any settlement is "subject to approval of the District Court in accordance with the procedures set forth in Section 11.8." Mot. Ex. D, at 3 (doc. 1). Section 11.8, in turn, requires that notice of any motion to approve a settlement from the Future

Page 1 – OPINION AND ORDER

Claims Trust be served on: all plaintiffs with pending or otherwise unpaid claims against the Archdiocese and Archbishop, Future Claimants Representative (attorney David A. Foraker), and Future Claims Trustee (U.S. Bank). Mot. Ex. F, at 1-2 (doc. 1); Mot. Ex. G, at 4-5 (doc. 1). Section 11.8 further provides that all notified parties must be given at least 20 days (plus an additional three days if notice is served by mail) in which to file any objections. Mot. Ex. F, at 2 (doc. 1).

Here, a settlement was reached after H.G. filed a lawsuit related to alleged child abuse that he suffered in connection with "St. Mary Catholic Church in Mt. Angel, Oregon." Mot. 2 (doc. 1). Specifically, following an investigation, the parties negotiated and ultimately agreed to settle H.G.'s claims for $350,000 from the Future Claims Trust. As required by Section 11.8 of the Plan, notice was furnished at the same time this motion was filed on August 11, 2025. The notice period has lapsed, and no objections were filed. H.G. does not oppose this motion.

In the absence of objection by any interested party, and in consideration of the size of the proposed payment at issue relative to the amount remaining in the Future Claims Trust, the Court finds that no reason exists to deny approval of the parties' proposed settlement.

## CONCLUSION

For the reasons stated above, the motion (doc. 1) to approve settlement with H.G. in the amount of $350,000 from the Future Claims Trust is GRANTED. All other pending motions are denied as moot.

IT IS SO ORDERED.

DATED this  4th day of September 2025.

                     /s/ Jolie A. Russo
                         Jolie A. Russo
                  United States Magistrate Judge